Bankruptcy No. 07-23686 (RG)
Order
Page No. 1

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>PAUL J. FISHMAN<br>United States Attorney<br>ANTHONY J. LABRUNA<br>Assistant United States Attorney<br>Tel: 973-645-2926<br>LEAH BYNON<br>Assistant United States Attorney<br>Tel: 973-645-2736<br>970 Broad St., Suite 700<br>Newark, NJ 07102<br>Fax: 973-297-2010<br>email: anthony.labruna@usdoj.gov |  |
| NATIONWIDE AMBULANCE SERVICES, INC.,<br><br>     Debtor(s), | Bankruptcy Case No. 13-10559 (RG)<br><br>Hearing Date: March 12, 2013, 2:00 PM<br><br>JUDGE: HON. ROSEMARY GAMBARDELLA |

ORDER DISMISSING THE MOTION OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES FOR RELIEF FROM THE AUTOMATIC STAY TO SETOFF MUTUAL PREPETITION DEBTS AND DISMISSING DEBTOR'S COMPLAINT FOR CONTEMPT

The relief set forth on the following page, numbered 2 is hereby **ORDERED**.

**DATED: 04/25/2013**

_Rosemary Gambardella_
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Bankruptcy No. 07-23686 (RG)
Order
Page No. 2

---

That Debtor's Adversary Complaint Against Novitas To Compel Issuance of Payment and For Damages, and Debtor 's Application to Hold Defendant Novitas in Contempt be and hereby is dismissed, with prejudice; and it is further ordered

That nothing in this Order shall prohibit the Debtor from filing a motion or commencing an adversary proceeding for violations of this order; and it is further ordered

That this Court's prior Order to Show Cause with Temporary Restraints is hereby withdrawn; and it is further ordered

That the United States Department of Health and Human Services motion for setoff is dismissed, without prejudice to renew; and it is further ordered

That although the United States Department of Health and Human Services does not concede hereby that it is a prerequisite under bankruptcy law to file a proof of claim in order make a motion for setoff, the United States Department of Health and Human Services agrees to file a proof of claim prior to freezing any further pre-petition payments and making a motion for setoff; and the Debtor shall have 30 days after the filing of the such claim to challenge the validity of proof of claim and that failure to challenge the validity of the proof of claim within that time frame shall result in that claim being allowed; and it is further ordered

That nothing in this Order shall be construed as a concession by the United States Department of Health and Human Services that this court has jurisdiction to determine the validity of such claim; and it is further ordered

That Novitas shall lift the freeze and pay any pending pre-petition monies due the

*Approved by Judge Rosemary Gambardella    April 25, 2013*

Bankruptcy No. 07-23686 (RG)
Order
Page No. 3

Debtor forthwith; and it is further ordered

That nothing in this order shall be construed as limiting the United States Department of Health and Human Services right to file a motion for Debtor to assume its Medicare Supplier Enrollment Agreement

The undersigned hereby consent to the entry of this order.

Paul J. Fishman
United States Attorney

By: _____
Anthony J. LaBruna
Assistant U.S. Attorney
Attorney for Novitas and United States
    Department of Health and Human Services

Teich Groh

By: _____
Barry Frost
Attorneys for Nationwide Ambulance Services, Inc.

……

*Approved by Judge Rosemary Gambardella   April 25, 2013*